Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDINGS |
| PAUL AUSTIN STERLING | CASE NO.: 08-16222-TUC-JMM |
| DEBTOR | **TRUSTEE'S OBJECTION TO PROOF OF CLAIM AND NOTICE THEREON: POC # 1** |

Dianne C. Kerns, the Trustee in the above-captioned estate, objects to the following claim:

Claim No.       1

Claimant:       COUNTRYWIDE HOME LOANS

Claim Amount:   $ 4,847.48

* (Claim Amount listed may be limited to arrearages, however this objection applies to all indebtedness covered by the Proof of Claim)

Claim Type:     Secured

Upon the following grounds:

Per the Chapter 13 Plan with respect to the collateral securing this claim, all interest in the collateral has been surrendered and the creditor should look to its collateral for full satisfaction of its claim. The Trustee will make no further payments on this claim unless the creditor responds to this objection and the court enters an order denying this objection.

The Trustee respectfully requests that said claim be **disallowed as recommended above by the Trustee** unless on or before 15 days from the mailing of this objection the creditor EITHER:

1. Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the Trustee- AND receives from her a withdrawal of objection; OR

CASE NO.: 08-16222-TUC-JMM

2. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Bankruptcy Court, and mails a copy thereof to the Trustee at: PMB #413, 7320 N. La Cholla #154, Tucson, Arizona 85741-2305.

Dated: 4/10/2009

/s/ Dianne C. Kerns 011557
Dianne C. Kerns, Esq.
Chapter 13 Trustee

Copy of the foregoing lodged with U.S. Bankruptcy Court and mailed this: 4/10/2009

KATHRYN JOHNSON
LAW OFFICE OF KATHRYN L JOHNSON
2 E CONGRESS ST
STE 900
TUCSON, AZ 85701

COUNTRYWIDE HOME LOANS
7105 CORPORATE DR
MAIL STOP PTX-209
PLANO, TX 75024

By Dana Bunker