**THIS ORDER IS APPROVED.**

**Dated: May 27, 2009**



*signature*
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741
Telephone (520) 544-9094

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| PAUL AUSTIN STERLING | ) | CASE NO.: 08-16222-TUC-JMM |
| | ) | |
| | ) | **ORDER ON TRUSTEE'S OBJECTION** |
| | ) | **TO: POC # 2** |
| | ) | |
| DEBTOR | ) | |

Dianne C. Kerns, Trustee, having objected to the referenced claim, and after due notice by mail to the claimant, and the claimant having failed to respond, or after a hearing on the following claimant's response, and good cause appearing:

IT IS ORDERED THAT the Trustee's objection is sustained and the following claim is Disallowed:

Dianne C. Kerns, the Trustee in the above-captioned estate, objects to the following claim:

Claim No.          2

Claimant:          COUNTRYWIDE HOME LOANS

Claim Amount:      $ 8,236.90

\* (Claim Amount listed may be limited to arrearages, however this objection applies to all indebtedness covered by the Proof of Claim)

Claim Type:        Secured

Dated _____                    _____
                                                 U.S. BANKRUPTCY JUDGE

Submitted By: Dianne C. Kerns, Esq.
Prepared By Dana Bunker